**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
-----------------------------------------------------------X

| | |
|---|---|
| IN RE: | CASE NO.: 24-12398-JNP |
| Daniel Torres | CHAPTER 13 |
| Debtor | Judge: Jerrold N. Poslusny, Jr. |

-----------------------------------------------------------X

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned Chapter 13 case on behalf of SN Servicing Corporation as Servicer for U.S. Bank Trust National Association, as Trustee of LB-Igloo Series IV Trust, and hereby requests that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given to and served upon the following:

> **FRIEDMAN VARTOLO LLP**
> 1325 Franklin Avenue, Suite 160
> Garden City, NY 11530
> Attorneys for SN Servicing Corporation as Servicer for U.S. Bank Trust National Association, as Trustee of LB-Igloo Series IV Trust
> Bankruptcy@FriedmanVartolo.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes all pleadings of any kind including, without limitation, all notices, motions, complaints, and orders, whether written or oral, formal or informal, however transmitted, related in any way to the debtor, its property or its estates. The persons listed above request that their names and addresses be added to the mailing matrix.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Demand for Service of Papers nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction or venue of this Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other right, claim, defense, setoff, or recoupment, in law or in equity, under any agreement, all of which are expressly waived.

Dated: March 21, 2024

By: /s/ Jason Schwartz
Jason Schwartz, Esq.
**FRIEDMAN VARTOLO LLP**
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
Attorneys for SN Servicing Corporation as Servicer for U.S. Bank Trust National Association, as Trustee of LB-Igloo Series IV Trust
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Jason Schwartz, Esq.<br>Friedman Vartolo LLP<br>1325 Franklin Avenue, Suite 160<br>Garden City, NY 11530<br>Attorneys for SN Servicing Corporation as Servicer for U.S. Bank Trust National Association, as Trustee of LB-Igloo Series IV Trust<br>T: (212) 471-5100<br>F: (212) 471-5150 | Case No.: 24-12398-JNP<br><br>Chapter: 13<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Hon. Judge: Jerrold N. Poslusny, Jr. |
| In Re:<br><br>Daniel Torres<br><br>Debtor | |

## CERTIFICATION OF SERVICE

1. I, <u>Brayana Gilliard</u>:

   ☐ represent _____ in this matter.
   ☒ am the secretary/paralegal for <u>Jason Schwartz, Esq.</u>, who represents <u>U.S. Bank Trust National Association, as Trustee of LB-Igloo Series IV Trust</u> in this matter.

2. On <u>March 21, 2024</u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   - Notice of Appearance (NJ)

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: March 21, 2024              /s/Brayana Gilliard
                                   Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Daniel Torres<br>32 Berkshire Drive<br>Sewell, NJ 08080 | Debtor(s) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other____ (as authorized by the court *) |
| Andrew B. Finberg<br>535 Route 38<br>Suite 580<br>Cherry Hill, NJ 08002 | Bankruptcy Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other____ (as authorized by the court *) |
| U.S. Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other____ (as authorized by the court *) |