Form 148 − ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  24−12398−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Daniel Torres
   32 Berkshire Drive
   Sewell, NJ 08080

Social Security No.:
   xxx−xx−1926

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/28/24.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: March 28, 2024
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-12398-JNP |
| Daniel Torres | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 28, 2024 | Form ID: 148 | Total Noticed: 23 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daniel Torres, 32 Berkshire Drive, Sewell, NJ 08080-3103 |
| 520183262 | | Discover it, PO Box 70176, Philadelphia, PA 19176-0176 |
| 520183263 | | First Bankcard (FNB), PO Box 2557, Omaha, NE 68103-2557 |
| 520183270 | + | Freidman Vartolo LLP, 1325 Franklin Ave Ste 160, Garden City, NY 11530-1631 |
| 520183264 | | Home Depot Card-D, PO Box 182676, Columbus OH 43218-2676 |
| 520183261 | + | Navy Federal Credit Union(Jeep), 820 Follin Lane, PO 161006, Merrifield, VA 22119-0001 |
| 520183260 | + | Navy Federal Platinum Credit Union, One Security Place, Merrifield, VA 22119-0001 |
| 520183265 | | PFFCU, PO Box 37603, Philadelphia, PA 19101-0603 |
| 520183267 | + | PFFCU Platinum Rewards-D, Visa, PO Box 4521, Carol Stream, IL 60197-4521 |
| 520183268 | + | R US Credit Card/Sync B-D, PO Box 530938, Atlanta, GA 30353-0938 |
| 520183258 | | Shop your Way MC (old Sears), PO Box 78024, Phoenix AZ 85062-8024 |
| 520183271 | + | US Bank Trust National Assoc., as trustee for LB-Igloo Series IV Trust, 1325 Franklin Ave Ste 160, Garden City, NY 11530-1631 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 28 2024 21:12:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 28 2024 21:12:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | ^ | MEBN | Mar 28 2024 21:02:04 | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo, LLC, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 520183254 | + | Email/PDF: bncnotices@becket-lee.com | Mar 28 2024 21:31:16 | Amex, P.O. Box 981537, El Paso, TX 79998-1537 |
| 520183257 | | EDI: CAPITALONE.COM | Mar 29 2024 00:46:00 | Capital One -Boscov's-D, PO Box 71106, Charlotte NC 28272-1106 |
| 520183256 | + | EDI: CAPITALONE.COM | Mar 29 2024 00:46:00 | Capital One Quick Silver-D, PO Box 31293, Salt Lake City,UT 84131-0293 |
| 520183255 | | EDI: CAPITALONE.COM | Mar 29 2024 00:46:00 | Capital One Spark-D, PO Box 71083, Charlotte NC 28272-1083 |
| 520183259 | | Email/PDF: creditonebknotifications@resurgent.com | Mar 28 2024 21:19:53 | Credit One Bank-D, PO Box 60500, Industry CA 91716-0500 |
| 520183266 | | EDI: SYNC | Mar 29 2024 00:46:00 | Lowes/Synchrony Bank-D, PO Box 530914, Atlanta, GA 30353-0914 |
| 520183269 | + | EDI: AISMIDFIRST | Mar 29 2024 00:46:00 | Midland Mortgage, 999 NW Grand Blvd, Oklahoma City, OK 73118-6051 |
| 520184369 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Mar 28 2024 22:16:13 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New |

York, NY 10278

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jason Brett Schwartz | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of LB-Igloo Series IV Trust bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4