Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 24–12398–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Daniel Torres
   32 Berkshire Drive
   Sewell, NJ 08080

Social Security No.:
   xxx–xx–1926

Employer's Tax I.D. No.:

---

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Andrew B Finberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: May 10, 2024        Jerrold N. Poslusny Jr.
                           Judge, United States Bankruptcy Court