UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Seymour Wasserstrum, SW2734
LAW OFFICE OF SEYMOUR WASSERSTRUM
205 W. Landis Avenue
Vineland, New Jersey 08360
Phone: (856) 696-8300
Fax: (856) 696-6962
Attorney for Debtor                        +

**Order Filed on June 21, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Daniel Torres

Debtor

| | |
|---|---|
| Case No.: | 24-12398 |
| Hearing Date: | |
| Judge: | JNP |
| Chapter: | 13 |

Recommended Local Form:    ☐ Followed    ☐ Modified

### ORDER REOPENING CASE

The relief set forth on the following page is **ORDERED**.

**DATED: June 21, 2024**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of _____Daniel Torres_____, and
for good cause shown, it is

ORDERED as follows:

1.  This case is reopened.

2.  ❏  A Trustee shall be appointed.

    ❏  A Trustee shall not be appointed.

3.  ❏  An amendment to the schedule(s) noted in the underlying motion shall be
    filed within 14 days of the date of this order.  If the amendment is not filed, the
    case shall be reclosed without further order of the court.

4.  The case shall be reviewed within _____ days for closing eligibility.  The case
    may be closed upon entry of the discharge.

The successful party shall serve this Order on the debtor, any trustee and all parties who
entered an appearance on this motion.

*Rev. 5/1/2019*