| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |  |  |
|---|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**Seymour Wasserstrum, Esquire**<br><br>Law Office of Seymour Wasserstrum<br>205 W. Landis Ave.<br>Vineland, NJ 08360<br>856-696-8300<br>Mylawyer7@aol.com<br>Attorney for Debtor |  |  |
| In Re:<br><br>Daniel Torres<br><br>Debtor | Case No.:<br><br>Chapter:<br><br>Judge: | __24-12398__<br><br>__13__<br><br>__JNP__ |

## CERTIFICATION OF SERVICE

1. I, <u>Nicholas Ralston</u>:

☐ represent _____ in this matter.

☒ am the secretary/legal assistant for <u>Seymour Wasserstrum, Esq.</u> who represents <u>Debtor(s)</u> in this matter.

☐ am the _____ in this case and am representing myself.

2. On <u>6/21/24</u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
☒ Chapter 13 Modified Plan
☒ Order Respecting Amendment to Schedule D, E/F, G, or H or list of creditors
☒ Notice of Chapter 13 Bankruptcy Case

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: 6/21/24                                                    /s/___Nicholas Ralston_____
                                                                                Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Andrew B. Finberg<br>Cherry Tree Corporate Center<br>535 Route 38, Suite 580<br>Cherry Hill, NJ, 08002<br><br>Daniel Torres<br>32 Berkshire Drive<br>Sewell, NJ, 08080-0000 | Chapter 13 Standing Trustee<br><br><br><br><br>Debtor | ☐Hand-delivered<br>■Regular Mail<br>☐Certified mail/RR<br>☐Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701<br><br>Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130<br><br>Cbna<br>Attn: Centralized Bankruptcy/Citicorp<br>Po Box 790034<br>St Louis, MO 63179<br><br>Discover Financial<br>Attn: Bankruptcy<br>Po Box 3025<br>New Albany, OH 43054<br><br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101<br><br>Midland Mortgage Co<br>Attn: Customer Service/Bankruptcy<br>Po Box 26648<br>Oklahoma City, OK 73216 | Creditors | ☐Hand-delivered<br>■Regular Mail<br>☐Certified mail/RR<br>☐Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| | | |
|---|---|---|
| Navy FCU<br>Attn: Bankruptcy<br>Po Box 3000<br>Merrifield, VA 22119<br><br>Navy Federal Cr Union<br>Attn: Bankruptcy<br>Po Box 3000<br>Merrifield, VA 22119<br><br>Police & Fire FCU<br>901 Arch Street<br>Philadelphia, PA 19107<br><br>Police & Fire FCU<br>Attn: Bankruptcy<br>901 Arch Street<br>Philadelphia, PA 19107<br><br>Residential Capital Partners<br>PO Box 17368<br>Austin, TX 78760-7368<br><br>State Of New Jersey<br>P.O. Box 445<br>Department Of Treasury<br>Trenton, NJ 08695<br><br>Target NB<br>C/O Financial & Retail Services<br>Mailstop BT PO Box 9475<br>Minneapolis, MN 55440<br><br>U.S. Bank National Association as Trustee for LB-IGLOO SERIES IV TRUST<br>7114 E Stetson Drive<br>Scottsdale, AZ 85251 | | ☐ Hand-delivered<br><br>■ Regular Mail<br><br>☐ Certified mail/RR<br><br>☐ Other_____<br><br>(As authorized by the Court or by rule. Cite<br><br>the rule if applicable.) |

*rev.8/1/16*

*rev.8/1/16*