Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  24−12398−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Daniel Torres
   32 Berkshire Drive
   Sewell, NJ 08080

Social Security No.:
   xxx−xx−1926

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            8/7/24
Time:            10:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: June 21, 2024
JAN: kvr

                    Jeanne Naughton
                    Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  
Daniel Torres  
    Debtor

Case No. 24-12398-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Jun 21, 2024      Form ID: 132      Total Noticed: 39

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daniel Torres, 32 Berkshire Drive, Sewell, NJ 08080-3103 |
| 520304090 | + | Anthony Ali, 540 Diamond Spring Ave, Cherry Hill, NJ 08003-3607 |
| 520183262 | | Discover it, PO Box 70176, Philadelphia, PA 19176-0176 |
| 520183263 | | First Bankcard (FNB), PO Box 2557, Omaha, NE 68103-2557 |
| 520183270 | + | Freidman Vartolo LLP, 1325 Franklin Ave Ste 160, Garden City, NY 11530-1631 |
| 520183264 | | Home Depot Card-D, PO Box 182676, Columbus OH 43218-2676 |
| 520304185 | + | NJ Office Of The Attorney General, 25 Market St P.O. Box 112, Richard J. Hughes Justice Complex, Trenton, NJ 08611-2148 |
| 520183261 | + | Navy Federal Credit Union(Jeep), 820 Follin Lane, PO 161006, Merrifield, VA 22119-0001 |
| 520183260 | + | Navy Federal Platinum Credit Union, One Security Place, Merrifield, VA 22119-0001 |
| 520183265 | | PFFCU, PO Box 37603, Philadelphia, PA 19101-0603 |
| 520183267 | + | PFFCU Platinum Rewards-D, Visa, PO Box 4521, Carol Stream, IL 60197-4521 |
| 520183268 | + | R US Credit Card/Sync B-D, PO Box 530938, Atlanta, GA 30353-0938 |
| 520304125 | | Residential Capital, Partners, PO Box 17368, Austin, TX 78760-7368 |
| 520183258 | | Shop your Way MC (old Sears), PO Box 78024, Phoenix AZ 85062-8024 |
| 520304132 | + | State Of New Jersey, P.O. Box 445, Department Of Treasury, Trenton, NJ 08695-0445 |
| 520304126 | + | U.S. Bank National, Association as, Trustee for LB-IGLOO, SERIES IV TRUST, 7114 E Stetson Drive Scottsdale, AZ 85251-3248 |
| 520183271 | + | US Bank Trust National Assoc., as trustee for LB-Igloo Series IV Trust, 1325 Franklin Ave Ste 160, Garden City, NY 11530-1631 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 21 2024 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 21 2024 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | ^ | MEBN | Jun 21 2024 20:30:43 | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo, LLC, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 520225304 | | Email/PDF: bncnotices@becket-lee.com | Jun 21 2024 20:49:37 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520183254 | + | Email/PDF: bncnotices@becket-lee.com | Jun 21 2024 20:48:56 | Amex, P.O. Box 981537, El Paso, TX 79998-1537 |
| 520304135 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 21 2024 20:49:32 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520183257 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 21 2024 20:49:08 | Capital One -Boscov's-D, PO Box 71106, Charlotte NC 28272-1106 |
| 520183256 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 21 2024 21:03:12 | Capital One Quick Silver-D, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520183255 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 21 2024 20:48:40 | Capital One Spark-D, PO Box 71083, Charlotte NC 28272-1083 |

Case 24-12398-JNP   Doc 33   Filed 06/23/24   Entered 06/24/24 00:19:36   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 21, 2024 | Form ID: 132 | Total Noticed: 39 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 520304136 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 21 2024 21:01:52 | Cbna, Attn: Centralized, Bankruptcy/Citicorp, Po Box 790034, St Louis, MO 63179-0034 |
| 520183259 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 21 2024 20:48:52 | Credit One Bank-D, PO Box 60500, Industry CA 91716-0500 |
| 520213816 | | Email/Text: mrdiscen@discover.com | Jun 21 2024 20:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 520304150 | + | Email/Text: mrdiscen@discover.com | Jun 21 2024 20:43:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 520304184 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 21 2024 20:45:00 | Internal Revenue Service, P.O. Box 744, Special Procedure Branch, Springfield, NJ 07081 |
| 520183266 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 21 2024 20:48:54 | Lowes/Synchrony Bank-D, PO Box 530914, Atlanta, GA 30353-0914 |
| 520183269 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jun 21 2024 20:49:31 | Midland Mortgage, 999 NW Grand Blvd, Oklahoma City, OK 73118-6051 |
| 520304091 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jun 21 2024 21:02:22 | Midland Mortgage Co, Attn: Customer, Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 520209433 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jun 21 2024 20:46:00 | NAVY FEDERAL CREDIT UNION, P O BOX 3000, MERRIFIELD, VA 22119-3000 |
| 520304093 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jun 21 2024 20:46:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 520304123 | + | Email/Text: bankruptcy1@pffcu.org | Jun 21 2024 20:45:00 | Police & Fire FCU01, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 520304179 | + | Email/Text: bncmail@w-legal.com | Jun 21 2024 20:45:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 520184369 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jun 21 2024 20:48:45 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520304129 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520304183 | * | Internal Revenue Service, Po Box 725 Special Procedures, Function, Springfield, NJ 07081 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2024        Signature:        /s/Gustava Winters

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Jun 21, 2024 | Form ID: 132 | Total Noticed: 39

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jason Brett Schwartz | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of LB-Igloo Series IV Trust bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Lauren Moyer | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of LB-Igloo Series IV Trust bkecf@friedmanvartolo.com, nj-ecfmail@ecf.courtdrive.com |
| Seymour Wasserstrum | on behalf of Debtor Daniel Torres mylawyer7@aol.com ecf@seymourlaw.net;r47769@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6