Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                                       Case No.:  24−12398−JNP
                                       Chapter:  13
                                       Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Daniel Torres
   32 Berkshire Drive
   Sewell, NJ 08080

Social Security No.:
   xxx−xx−1926

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/7/24.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 8, 2024
JAN: cm

                                                                         Jeanne Naughton
                                                                         Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Daniel Torres  
    Debtor

Case No. 24-12398-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Aug 08, 2024      Form ID: 148      Total Noticed: 43

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daniel Torres, 32 Berkshire Drive, Sewell, NJ 08080-3103 |
| 520304090 | + | Anthony Ali, 540 Diamond Spring Ave, Cherry Hill, NJ 08003-3607 |
| 520183262 | | Discover it, PO Box 70176, Philadelphia, PA 19176-0176 |
| 520183263 | | First Bankcard (FNB), PO Box 2557, Omaha, NE 68103-2557 |
| 520183270 | + | Freidman Vartolo LLP, Attn: Dana Marks Esq. (026272005), 1325 Franklin Ave Ste 160, Garden City, NY 11530-1631 |
| 520183264 | | Home Depot Card-D, PO Box 182676, Columbus OH 43218-2676 |
| 520304185 | + | NJ Office Of The Attorney General, 25 Market St P.O. Box 112, Richard J. Hughes Justice Complex, Trenton, NJ 08611-2148 |
| 520183261 | + | Navy Federal Credit Union(Jeep), 820 Follin Lane, PO 161006, Merrifield, VA 22119-0001 |
| 520183260 | + | Navy Federal Platinum Credit Union, One Security Place, Merrifield, VA 22119-0001 |
| 520183265 | | PFFCU, PO Box 37603, Philadelphia, PA 19101-0603 |
| 520183267 | + | PFFCU Platinum Rewards-D, Visa, PO Box 4521, Carol Stream, IL 60197-4521 |
| 520183268 | + | R US Credit Card/Sync B-D, PO Box 530938, Atlanta, GA 30353-0938 |
| 520304125 | | Residential Capital, Partners, PO Box 17368, Austin, TX 78760-7368 |
| 520352284 | + | Residential Capital Partners Secured Loan Fund VI,, Paul H. Schafhauser, Esq., Greenberg Traurig, LLP, 500 Campus Drive, Suite 400, Florham Park, NJ 07932-1024 |
| 520183258 | | Shop your Way MC (old Sears), PO Box 78024, Phoenix AZ 85062-8024 |
| 520304132 | + | State Of New Jersey, P.O. Box 445, Department Of Treasury, Trenton, NJ 08695-0445 |
| 520304126 | + | U.S. Bank National, Association as, Trustee for LB-IGLOO, SERIES IV TRUST, 7114 E Stetson Drive Scottsdale, AZ 85251-3248 |
| 520183271 | + | US Bank Trust National Assoc., as trustee for LB-Igloo Series IV Trust, 1325 Franklin Ave Ste 160, Garden City, NY 11530-1631 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 08 2024 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 08 2024 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | ^ | MEBN | Aug 08 2024 20:43:15 | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo, LLC, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 520225304 | | Email/PDF: bncnotices@becket-lee.com | Aug 08 2024 20:48:18 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520183254 | + | Email/PDF: bncnotices@becket-lee.com | Aug 08 2024 20:48:47 | Amex, P.O. Box 981537, El Paso, TX 79998-1537 |
| 520304135 | + | EDI: CAPITALONE.COM | Aug 09 2024 00:38:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520183257 | | EDI: CAPITALONE.COM | Aug 09 2024 00:38:00 | Capital One -Boscov's-D, PO Box 71106, Charlotte NC 28272-1106 |
| 520183256 | + | EDI: CAPITALONE.COM | Aug 09 2024 00:38:00 | Capital One Quick Silver-D, PO Box 31293, Salt Lake City,UT 84131-0293 |
| 520183255 | | EDI: CAPITALONE.COM | | |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 08, 2024 | Form ID: 148 | Total Noticed: 43 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Aug 09 2024 00:38:00 | Capital One Spark-D, PO Box 71083, Charlotte NC 28272-1083 |
| 520304136 | + | EDI: CITICORP | Aug 09 2024 00:38:00 | Cbna, Attn: Centralized, Bankruptcy/Citicorp, Po Box 790034, St Louis, MO 63179-0034 |
| 520183259 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 08 2024 20:48:16 | Credit One Bank-D, PO Box 60500, Industry CA 91716-0500 |
| 520213816 | | EDI: DISCOVER | Aug 09 2024 00:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 520304150 | + | EDI: DISCOVER | Aug 09 2024 00:38:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 520304184 | | EDI: IRS.COM | Aug 09 2024 00:38:00 | Internal Revenue Service, P.O. Box 744, Special Procedure Branch, Springfield, NJ 07081 |
| 520183266 | | EDI: SYNC | Aug 09 2024 00:38:00 | Lowes/Synchrony Bank-D, PO Box 530914, Atlanta, GA 30353-0914 |
| 520335459 | + | EDI: AISMIDFIRST | Aug 09 2024 00:38:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 520183269 | + | EDI: AISMIDFIRST | Aug 09 2024 00:38:00 | Midland Mortgage, 999 NW Grand Blvd, Oklahoma City, OK 73118-6051 |
| 520304091 | + | EDI: AISMIDFIRST | Aug 09 2024 00:38:00 | Midland Mortgage Co, Attn: Customer, Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 520209433 | + | EDI: NFCU.COM | Aug 09 2024 00:38:00 | NAVY FEDERAL CREDIT UNION, P O BOX 3000, MERRIFIELD, VA 22119-3000 |
| 520304093 | + | EDI: NFCU.COM | Aug 09 2024 00:38:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 520304123 | + | Email/Text: bankruptcy1@pffcu.org | Aug 08 2024 20:45:00 | Police & Fire FCU01, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 520327999 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Aug 08 2024 20:44:00 | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 520304179 | + | EDI: WTRRNBANK.COM | Aug 09 2024 00:38:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 520335959 | ^ | MEBN | Aug 08 2024 20:41:51 | U.S. Bank Trust National Association et. al, c/o SN Servicing Corporation, 323 Fifth Street,, Eureka, CA 95501-0305 |
| 520184369 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Aug 08 2024 20:49:11 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |

TOTAL: 25

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520304129 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520304183 | * | Internal Revenue Service, Po Box 725 Special Procedures, Function, Springfield, NJ 07081 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 08, 2024 | Form ID: 148 | Total Noticed: 43 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 10, 2024              Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jason Brett Schwartz | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of LB-Igloo Series IV Trust bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Lauren Moyer | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of LB-Igloo Series IV Trust bkecf@friedmanvartolo.com, nj-ecfmail@ecf.courtdrive.com |
| Seymour Wasserstrum | on behalf of Debtor Daniel Torres mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6